IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

        vs.

MARIA ELENA RICO-LOPEZ,
a/k/a "Maria Lopez-Albarran,"

Defendant.                       Case No. 12-cr-30242-04-DRH

## ORDER OF REMOVAL

This matter comes before the Court for imposition of sentence. The Government has filed a motion seeking a Judicial Order of Removal from the United States (Doc. 224). This Court **GRANTS** the motion and makes the following **FINDINGS**:

(1) On July 10, 2013, the defendant entered a plea of guilty to Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine, a felony offense; and Entry Into the United States Without Inspection.

(2) At the time of her plea, the defendant admitted that she is a citizen of Mexico who is in the United States illegally.

(3) The defendant was notified, prior to the entry of her plea in this case, that the government intended to request judicial removal.

(4) As a result of her convictions in the instant case, that the defendant is deportable pursuant to the provisions of both Title 8, United States Code,

Section 1227 (a)(2)(B)(I); and Title 8, United States Code, Section 1227(a)(1)(B).

(5)   This Court has jurisdiction to enter a judicial order of removal at the time of sentencing pursuant to the provisions of Title 8, United States Code, Section 1228(c)(1).

Accordingly, it is **ORDERED** that the defendant be removed from the United States promptly upon the satisfaction of her sentence in this case. Immigration and Customs Enforcement, U.S. Department of Homeland Security is hereby authorized to execute this Order of Removal according to the applicable laws and regulations of the United States.

**IT IS SO ORDERED.**

Signed this 10th day of July, 2013.

Digitally signed by David R. Herndon
Date: 2013.07.10 16:40:22 -05'00'

**Chief Judge**
**United States District Court**